

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00561-CV

**IN THE INTEREST OF L.E.A.** and A.G.A., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02472
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

Appellate counsel's motion to withdraw is DENIED.

SIGNED January 9, 2019.

_____
Patricia O. Alvarez, Justice